IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| craigslist, Inc., | NO. C 08-05067 JW |
|     Plaintiff,<br>  v. | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| Todd Thompson, | |
|     Defendant. | |

This case was scheduled for a Case Management Conference on June 1, 2009. On May 8, 2009, Plaintiff filed an Amended Complaint. (See Docket Item No. 17.) On May 22, 2009, Plaintiff filed a Motion to Continue Case Management Conference to provide time for Defendant to file a responsive pleading and for the parties to meet and confer and file a Joint Case Management Statement. (See Docket Item No. 20.)

In light of Plaintiff's Amended Complaint, the Court finds good cause to continue the Case Management Conference from June 1, 2009 to **July 6, 2009 at 10 a.m.** The parties shall file a Joint Case Management State on or before **June 26, 2009**. The Statement shall include, among other things, a good faith discovery schedule with a proposed date for the close of all discovery.

Dated: May 28, 2009

                                                 JAMES WARE<br>
                                                 United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Brian Patrick Hennessy bhennessy@perkinscoie.com
Elizabeth L. McDougall EmcDougall@perkinscoie.com
Liling Poh lpoh@perkinscoie.com

**Dated: May 28, 2009**                                    **Richard W. Wieking, Clerk**

                                                           **By:      /s/ JW Chambers**
                                                                 **Elizabeth Garcia**
                                                                 **Courtroom Deputy**

**United States District Court**
For the Northern District of California