IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Craigslist, Inc., | NO. C 08-05067 JW |
|     Plaintiff, | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
|   v. | |
| Todd Thompson, | |
|     Defendant. | |

On July 6, 2009, the parties are scheduled to appear for a case management conference. Presently before the Court is Plaintiff's Motion to Vacate or Continue Case Management Conference. (Docket Item No. 28.) Plaintiff seeks to vacate the July 6 conference on the ground that Defendant Thompson is currently in default, and has yet to appear in the case pending his anticipated retention of counsel. The Court thus finds good cause to continue the July 6 Conference.

Accordingly, the Court GRANTS Plaintiff's Motion. The July 6 conference is CONTINUED to **September 28, 2009 at 10 a.m.** On or before **September 18, 2009**, the parties shall file a Joint Case management Statement. If by **July 30, 2009**, no appearances are made on behalf of Defendant, Plaintiff shall notice and serve its Motion for Default Judgment for a hearing on **October 5, 2009 at 9 a.m.**

Plaintiff shall serve a copy of this Order on Defendant.

Dated: June 30, 2009

                                                       JAMES WARE
                                                       United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Brian Patrick Hennessy bhennessy@perkinscoie.com
Elizabeth L. McDougall EmcDougall@perkinscoie.com
Liling Poh lpoh@perkinscoie.com

**Dated: June 30, 2009**                              **Richard W. Wieking, Clerk**

                                                    **By:    /s/ JW Chambers**
                                                          **Elizabeth Garcia**
                                                          **Courtroom Deputy**

United States District Court
For the Northern District of California