Brian Hennessy (SBN 226721)
E-mail: BHennessy@perkinscoie.com
**Perkins Coie LLP**
101 Jefferson Drive
Menlo Park, CA 94025-1114
Telephone: (650) 838-4300
Facsimile: (650) 838-4350

Elizabeth L. McDougall, WA Bar No. 27026 (*pro hac*
E-mail: EMcDougall@perkinscoie.com
**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, Washington 98101-3099
Telephone: (206) 359-8000
Facsimile: (206) 359-9000

Attorneys for Plaintiff
craigslist, Inc.

UNITED STATES DISTRICT COURT IT IS SO ORDERED AS MODIFIED Judge James Ware NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

craigslist, Inc., a Delaware corporation,

Plaintiff,

v.

Todd Thompson, Paul Hubert, John Doe d/b/a Craygo.com, and Does 3 through 25, inclusive,

Defendants.

Case No. CV-08-05067 JW

**STIPULATION AND [PROPOSED] ORDER GRANTING CRAIGSLIST LEAVE TO FILE ITS SECOND AMENDED COMPLAINT**

Dept: Courtroom 8, 4th Floor
Before: Hon. James Ware

WHEREAS, on November 5, 2008, craigslist, Inc. filed this case against Defendants John Doe d/b/a Craygo.com and Does 2 through 25, inclusive ("Present Action"), for various causes of action based on their operation of the website craygo.com, which provided auto-posting services in violation of craigslist's terms of use.

WHEREAS, on May 8, 2009, craigslist, Inc. filed its First Amended Complaint, naming Todd Thompson.

WHEREAS, pursuant to Federal Rule of Civil Procedure 15, Todd Thompson has provided craigslist written consent to amend its First Amended Complaint.

Now therefore, the parties, through the undersigned counsel, hereby stipulate and agree that craigslist shall file its Second Amended Complaint (attached as Exhibit A hereto) within five days of the Court executing this Stipulation and Order.

**IT IS SO STIPULATED.**

DATED: August 21, 2009

**PERKINS COIE LLP**

By: /s/ Brian Hennessy
Brian Hennessy (SBN 226721)
BHennessy@perkinscoie.com
Elizabeth L. McDougall (WA Bar No. 27026)
EMcDougall@perkinscoie.com

Attorneys for Plaintiff
craigslist, Inc.

DATED: August 21, 2009

By: [signature]
Todd Thompson

Defendant

**PURSUANT TO STIPULATION, IT IS SO ORDERED AS MODIFIED.**

The Court finds good cause to GRANT the parties' Stipulation. On or before **September 30, 2009**, Plaintiff shall file its Second Amended Complaint as a *separate* docket entry. In light of this Order, the Court VACATES its July 2, 2009 Order setting deadline for Plaintiff to file its anticipated Motion for Default Judgment. In addition, the Court CONTINUES the Case Management Conference presently set on September 28, 2009 to **October 19, 2009 at 10 a.m.** On or before **October 9, 2009**, the parties shall meet and confer and file a Joint Case Management Statement. The Statement shall include, among other things, a good faith discovery schedule with a proposed date for the close of all discovery.

Plaintiff shall serve a copy of this Order to Defendant and file the appropriate certificate of service on or before September 25, 2009.

Dated: September 21, 2009

JAMES WARE
United States District Judge