1  Brian Hennessy (SBN 226721)
   E-mail: BHennessy@perkinscoie.com
2  **Perkins Coie LLP**
   101 Jefferson Drive
3  Menlo Park, CA 94025-1114
4  Telephone: (650) 838-4300
   Facsimile: (650) 838-4350
5
6  Elizabeth L. McDougall, WA Bar No. 27026 (*pro hac vice*)
   E-mail: EMcDougall@perkinscoie.com
7  **Perkins Coie LLP**
   1201 Third Avenue, Suite 4800
8  Seattle, Washington 98101-3099
   Telephone: (206) 359-8000
9  Facsimile: (206) 359-9000

10 Attorneys for Plaintiff
     craigslist, Inc.

IT IS SO ORDERED
Judge James Ware
10/9/2009

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| craigslist, Inc., a Delaware corporation,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>Todd Thompson, Paul Hubert, John Doe d/b/a Craygo.com, and Does 3 through 25, inclusive,<br><br>　　　　　　　Defendants. | **Case No.** CV 08 5067 JW<br><br>**PLAINTIFF CRAIGSLIST, INC.'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF TODD THOMPSON PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)** |

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff craigslist, Inc. ("craigslist") voluntarily dismisses defendant Todd Thompson without prejudice. craigslist does not dismiss any other defendants in this action.

No defendant has filed an answer or a motion for summary judgment in this case.

1 | The Clerk of the Court is hereby requested to enter this dismissal of defendant Todd
2 | Thompson without prejudice in the records of the Court.

DATED: October 6, 2009  **PERKINS COIE LLP**

By: /s/ Brian Hennessy
 Brian Hennessy (SBN 226721)
 BHennessy@perkinscoie.com

Attorneys for Plaintiff
craigslist, Inc.