IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| craigslist, Inc., | NO. C 08-05067 JW |
|       Plaintiff,<br>  v. | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| Paul Hubert, | |
|       Defendant. | |

This case is scheduled for a Case Management Conference on November 16, 2009. On November 4, 2009, the Clerk of Court entered default against Defendant. (See Docket Item No. 49.) In light of the entry of default, the Court finds that a Case Management Conference is not necessary at this time.

Accordingly, the Court VACATES the scheduled Case Management Conference. Plaintiff shall filed its anticipated motion for default judgment on or before **December 18, 2009**.[1]

Dated: November 12, 2009

JAMES WARE
United States District Judge

---

[1] On November 9, 2009, Plaintiff filed an Administrative Motion to Vacate Case Management Conference, and requested that it have until December 18, 2009 to file a motion for default judgment. (See Docket Item No. 50.) In light of the Court's Order, the Court DENIES Plaintiff's Motion as moot.

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Brian Patrick Hennessy bhennessy@perkinscoie.com
Elizabeth L. McDougall EmcDougall@perkinscoie.com
Liling Poh lpoh@perkinscoie.com

**Dated: November 12, 2009**                              **Richard W. Wieking, Clerk**

                                                          **By:    /s/ JW Chambers**
                                                                **Elizabeth Garcia**
                                                                **Courtroom Deputy**

**United States District Court**
For the Northern District of California