IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| craigslist, Inc., | NO. C 08-05067 JW |
| Plaintiff, v. | **ORDER TO PRODUCE FURTHER EVIDENCE OF STATUTORY DAMAGES ASSOCIATED WITH MOTION FOR DEFAULT JUDGMENT** |
| Paul Hubert, et al., | |
| Defendants. | |

A hearing on Plaintiff's Motion for Default Judgment is set for March 8, 2010.[1] Plaintiff seeks a judgment of default against Defendant Paul Hubert, in addition to injunctive and monetary damages and attorney fees and costs. (Motion at 17-21.)

The Court finds that it has insufficient evidence before it to make a reasonable determination of statutory damages under the Digital Millenium Copyright Act ("DMCA"). Defendant presents screen shots indicating that craygo.com sold bundles of "CAPTCHA credits" ranging in price from 1000 for $150 to 100,000 for $1000.[2] The Court finds unpersuasive Plaintiff's contention that each CAPCHA credit that craygo.com offers for sale on its website constitutes a separate offer to circumvent Plaintiff's security wall. (See Motion at 20.) Instead, the Court is inclined to measure each offer of a bundle of credits as a single infringement for purposes of measuring statutory

---

[1] (See Plaintiff Craigslist, Inc.'s Motion for Default Judgment Against Paul Hubert, hereafter, "Motion," Docket Item No. 53.)

[2] (See Declaration of David E. Weeks in Support of Plaintiff Craiglist, Inc.'s Motion for Default Judgment Against Defendant Paul Hubert, Ex. 4, Docket Item No. 56.)

damages. Since the Court is not bound to accept as true Plaintiff's allegations regarding the amount of damages, Plaintiff must provide the Court with evidence of how many bundles of CAPCHA credits Defendant offered for sale in order to calculate statutory damages pursuant to the DMCA.

Accordingly, on or before **March 2, 2010**, Plaintiff shall file with the Court additional evidence of the number of bundles of CAPCHA credits Defendant offered for sale.

Dated: February 25, 2010

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Brian Patrick Hennessy bhennessy@perkinscoie.com
Elizabeth L. McDougall EMcDougall@perkinscoie.com
Liling Poh lpoh@perkinscoie.com

**Dated: February 25, 2010**  **Richard W. Wieking, Clerk**

**By:    /s/ JW Chambers**
         **Elizabeth Garcia**
         **Courtroom Deputy**