Brian Hennessy (SBN 226721)
E-mail: BHennessy@perkinscoie.com
**Perkins Coie LLP**
101 Jefferson Drive
Menlo Park, CA 94025-1114
Telephone: (650) 838-4300
Facsimile: (650) 838-4350

Elizabeth L. McDougall, WA Bar No. 27026 *(pro hac vice)*
E-mail: EMcDougall@perkinscoie.com
**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, Washington 98101-3099
Telephone: (206) 359-8000
Facsimile: (206) 359-9000

Attorneys for Plaintiff
craigslist, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| craigslist, Inc., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>Paul Hubert, John Doe d/b/a Craygo.com, and Does 3 through 25, inclusive,<br><br>Defendants. | Case No.  CV 08-05067 JW<br><br>**DECLARATION OF NICHOLAS MANHEIM IN SUPPORT OF PLAINTIFF AND JUDGMENT CREDITOR CRAIGSLIST, INC.'S OPPOSITION TO DEFENDANT AND JUDGMENT DEBTOR PAUL HUBERT'S MOTION TO VACATE DEFAULT JUDGMENT** |

I, Nicholas A. Manheim, declare as follows:

1.     I am an attorney at Perkins Coie LLP, counsel for plaintiff craigslist, Inc. ("craigslist"), and I was one of the attorneys who worked on this lawsuit.

2.     The initial complaint in this case was against Defendants John Doe d/b/a craygo.com and Does 2 through 25 for the development, marketing, sale and operation of illegal software via the craygo.com website.  Based on third-party discovery, craigslist amended the

DECLARATION OF NICHOLAS MANHEIM IN OPPOSITION TO MOTION TO VACATE

complaint to name Todd Thompson as a Defendant, because he was identified as the registrant for the Internet domain craygo.com.  craigslist's First Amended Complaint was filed on May 8, 2009.

3.     On August 21, 2009, I spoke to Mr. Thompson by telephone.  He claimed he was not affiliated with craygo.com or the Craygo software that was the subject of the action.  Based on this discussion, we confirmed Paul Hubert as the likely operator of craygo.com and the Craygo software, and subsequent investigation revealed that Mr. Hubert was domestic partners with Chad Conley, who Mr. Thompson confirmed was his step-brother.

4.     On September 21, 2009, the court entered the order granting leave to file a Second Amended Complaint to name Paul Hubert as a defendant.  The Second Amended Complaint was filed on September 23, 2009.

5.     The process server we hired, John Madan, informed our office that Mr. Hubert was served on September 28, 2009, via substitute service on an individual of suitable age and discretion residing at Mr. Hubert's dwelling or place of abode.

6.     On October 5, 2009, I emailed Mr. Hubert at paulhubert21@yahoo.com to alert him to an upcoming court deadline.  As a courtesy, I also attached the summons, civil cover sheet, Second Amended Complaint, schedule, and other papers related to the action.  Attached hereto as Exhibit A is a true and correct copy of the email I sent Mr. Hubert on October 5, 2009.  I have not included the attachment, which runs 89 pages, but can do so upon request.

DECLARATION OF NICHOLAS MANHEIM IN OPPOSITION TO MOTION TO VACATE

1   I declare under penalty of perjury under the laws of the United States that the foregoing is

2   true and correct.

3

4   DATED: September 26, 2011                    **PERKINS COIE** LLP

5
                                                By:  s/Nicholas A. Manheim
6                                                   Nicholas A. Manheim
                                                    Nmanheim@perkinscoie.com
7

8

9       I, Elizabeth L. McDougall, hereby attest, pursuant to N.D. Cal. General Order No. 45, that

10  the concurrence to the filing of this document has been obtained from each signatory hereto.

11

12  DATED:  September 26, 2011                   **PERKINS COIE** LLP

13
                                                By: /s/ Elizabeth McDougall
14                                                  Elizabeth L. McDougall (WA Bar No.
                                                    27026) (pro hac vice)
15                                                  EMcDougall@perkinscoie.com

16                                              Attorneys for Plaintiff
                                                craigslist, Inc.
17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF NICHOLAS MANHEIM IN OPPOSITION TO MOTION TO VACATE

# EXHIBIT A

## Manheim, Nicholas A. (Nick)  (Perkins Coie)

**From:**           Manheim, Nicholas A. (Nick)  (Perkins Coie)
**Sent:**           Monday, October 05, 2009 1:14 PM
**To:**             'paulhubert21@yahoo.com'
**Cc:**             McCullagh, James R.  (Perkins Coie)
**Subject:**        Craigslist v. Paul Hubert

Mr. Hubert,

As you are no doubt aware, you were served on September 28, 2009 with the attached Second Amended Complaint.  If you are represented by counsel, please forward this email to your attorney and inform him or her that we wish to discuss this action.  If you are not represented by counsel, please contact us directly.

The first deadline in this matter is Friday, October 9, 2009.  As provided in the Court's Order in the attached papers, the parties are responsible for filing a joint case management statement this Friday.  If we do not hear from you by Wednesday, October 7, 2009, we will prepare a separate case management statement and inform the Court that we were unable to contact you.

Sincerely,

**Nicholas Manheim | Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
PHONE: 206.359.6280
FAX: 206.359.7280
E-MAIL: nmanheim@perkinscoie.com


NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.



Service Package
regarding Cray...