IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| craigslist, Inc., | NO. C 08-05067 JW |
| Plaintiff, | **ORDER REQUIRING COUNSEL TO PRODUCE APPROPRIATE WITNESSES FOR AN EVIDENTIARY HEARING ON OCTOBER 31, 2011** |
| v. | |
| Paul Hubert, | |
| Defendant. | |

Presently before the Court is Defendant's Motion to Vacate Default Judgment.[1] A hearing on the Motion is scheduled for October 31, 2011. In his Motion, Defendant contends that the Court's Judgment against him must be vacated because he was never properly served with notice of this action. (See Motion at 1.)

Upon review of the papers submitted to date, the Court finds that an evidentiary hearing is necessary on the question of whether Defendant was properly served with notice of this action. Accordingly, the Court ORDERS that counsel for both parties secure their respective witnesses to give testimony under oath at the October 31, 2011 hearing.

Dated: October 25, 2011

JAMES WARE
United States District Chief Judge

---

[1] (Defendant Paul Hubert's Notice of Motion and Motion to Vacate Default Judgment (FRCP 60(b)(4)), hereafter, "Motion," Docket Item No. 65.)

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Brian Patrick Hennessy bhennessy@perkinscoie.com
Elizabeth L. McDougall EmcDougall@perkinscoie.com
Jeffrey Michael Hanson Jhanson@perkinscoie.com
Liling Poh lpoh@perkinscoie.com
Matthew William Kumin matt@kuminsommers.com

**Dated:  October 25, 2011**                                   **Richard W. Wieking, Clerk**

                                                                **By:     /s/ JW Chambers                   **
                                                                         **Susan Imbriani**
                                                                         **Courtroom Deputy**

**United States District Court**
For the Northern District of California